# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

In the Matter of the Search of  )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 14-MJ-2063-MBB
tifaaboshady@gmail.com; jamesvoyer@gmail.com; )
dpimentel79@gmail.com; ashraf505@gmail.com; )
mohamekarim@gmail.com; and nancyg412@gmail.com )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
Email accounts tifaaboshady@gmail.com, jamesvoyer@gmail.com, dpimentel79@gmail.com, ashraf505@gmail.com, mohamekarim@gmail.com, nancyg412@gmail.com, maintained by Google, Inc., which accepts service of process in

located in the ___Northern___ District of ___California___, there is now concealed *(identify the person or describe the property to be seized)*:
evidence, fruits and instrumentalities of violations of 18 U.S.C. 1347 (health care fraud).

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. 1347 | Health care fraud |

The application is based on these facts:
See Affidavit of Special Agent George Eric Walford III in support of an Application for a Search Warrant, which is attached hereto and incorporated by reference herein.
☐ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

George Eric Walford III, HHS-OIG Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: March 13, 2014

*Judge's signature*

City and state: Boston, MA     MARIANNE B. BOWLER, USMJ (D. Mass.)
*Printed name and title*